Case 4:22-cv-03012  Document 1  Filed on 09/06/22 in TXSD  Page 1 of 9

United States Courts
Southern District of Texas
FILED
SEP 06 2022
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE **Southern** DISTRICT OF TEXAS
**Houston** DIVISION.

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

**John Lee Vaughn #02400618**
Plaintiff's name and ID Number

**Dominguez Unit 6535 Cagnon Rd**
Place of Confinement **San Antonio, TX 78252**

CASE NO: _____
(Clerk will assign the number)

v.

**Walmart Stores, INC. 702 S.W. 8th ST. Bentonville, Arkansas 72716**
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

### I. PREVIOUS LAWSUITS:

A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?   _____ YES   __✓__ NO

B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _____

   2. Parties to previous lawsuit:
      Plaintiff(s): _____

      Defendant(s): _____

   3. Court (If federal, name the district; if state, name the county) _____

   4. Docket Number: _____

   5. Name of judge to whom case was assigned: _____

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      _____

   7. Approximate date of disposition: _____

**II. PLACE OF PRESENT CONFINEMENT:** Dominguez Unit

**III. EXHAUSTION OF GRIEVANCE PROCEDURES:**

Have you exhausted both steps of the grievance procedure in this institution? ____ YES ✓ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

**IV. PARTIES TO THE SUIT:**

A. Name of address of plaintiff: John Lee Vaughn 6535 Cagnon Rd San Antonio, TX 78252

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Walmart Stores, Inc. 702 S.W. 8th ST. Bentonville, Arkansas 72716

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

**V. STATEMENT OF CLAIM:**

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

In the month of October, 2020 my girlfriend and I went to the Walmart located at 2920 Kuykendhul to buy groceries. I dropped off my girlfriend to do the shopping while I went to run some other errands and when she got done she was to call me. She called me and I went to pick her up. When I arrived at Walmart she was outside the main-entrance of the grocery side waiting. I pulled up and she opened the back passenger side door and began to load the groceries into the back seat when I noticed a Walmart employee pacing back and forth on the passenger side of my car. Continue See Attachment

**VI. RELIEF:** State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

Hold Walmart Stores, Inc. Accountable, Medical relief, financial relief,

**VII. GENERAL BACKGROUND INFORMATION:**

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

John Vaughn, John Lee Vaughn.

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

#02400618/TDCJ-I.D

**VIII. SANCTIONS:**

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ____ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that imposed sanctions (If federal, give district and division): _____
   2. Case Number: _____
   3. Approximate date sanctions were imposed: _____
   4. Have the sanctions been lifted or otherwise satisfied? ____ YES ____ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ____ NO

D. If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning were imposed: _____

Executed on: 8/29/2022
(Date)

John Vaughn
(Printed Name)

_John V_____
(Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this  29  day of  August , 20  22 .
              (Day)              (Month)              (Year)

John Vaughn
(Printed Name)

_John V_____
(Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

Attachment:

behind my girlfriend. He was wearing tan pants and a blue vest. He was staring at me as if there was a problem, or as if my girlfriend had stolen something (When she had not) at this point I asked him if there was an issue. He responded aggressively threatening my life and yelling racial slurs. "I'll crush your skull!" "you white racist motherfucker!!! shocked and scared I watched him as he pulled out of his pocket a yellow boxcutter knife and proceeded to walk around the front of my car to the driverside front door. My window was down and therefore I exited the car quickly fearing for my life. Approching me with the boxcutter, he ran up on me threatening my life and lunged at me trying to kill me, then turned and ran past the front and to the right of my car. I made it back to my car and out of fear of the Walmart employee trying to kill me. I grabbed a screwdriver out of my car to protect my girlfriend and myself. (The screwdriver was on the front driverside floorboard. I reached inside through the driverside window that was down.) At this point the Walmart employee ran past the front of my car and to the right of my car, back toward the building where there was a set of roll away shelves (used as a display full of potted plants) that when the Walmart employee went behind putting himself in to a corner so he was out of sight from everyones view, he was taunting me to come into that corner with him and his boxcutter. Seeing what I thought was an oppurtunity to leave the situation. I got back in to my car thinking it might be safe. So with my car still running I entered my car to

#1

leave, putting the screwdriver in between my driver seat and the center console (out of fear of the Walmart employee returning) and with my left hand on the steering wheel and putting my right hand on the gearshifter. I put my car in drive and then moving my right hand up to the steering wheel (like a 10 and 2 grip) to leave. The attack continued!! The Walmart employee returned aggressively (to finish what he started I thought and that was to kill me!!) and (with a noise so loud I thought I had been shot!) Throwing a potted plant into my car striking me!! The Walmart employee seen me trying to leave the troubled situation and grabbed a potted plant from the roll away shelves in front of Walmart and (while I was waiting for a pedestrian to be safely out of the way of my car) ran from the passenger side of my car, around the back of my car and up to my driverside window (that had been down from before I arrived at Walmart) and threw a potted plant into my car striking me! The Walmart employee threw the potted plant with such force, that not only did the impact injure me and sound like a gun had gone off, some of the pot sheered off from hitting my car on the door frame on the way into my car to strike me that the part that sheered off had wound up pinned under by my driverside windsheild-whipper. Again thinking I was going to be stabbed in the throat or face. I opened my door in time to see the Walmart employee with his camera phone out taking a picture of the back of my car and license plate, saying to me

#2

"Me and my people are coming to kill you and your family" and then ran and jumped into the car and sped off.

#3



John Lee Vaughn
#2400618
Dominguez unit
6535 Cagnon Rd,
San Antonio, TX 78252

United States Courts
Southern District of Texas
FILED

SEP 06 2022

Nathan Ochsner, Clerk of Court

Clerk: Nathan Ochsner
United States District Court
Southern District of Texas
Post Office Box 61010
Houston, TX 77208

S